<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1811**
_____

M. NAWAZ RAJA; NEELUM NAWAZ RAJA,

        Plaintiffs - Appellants,

    v.

SEGAN, MASON & MASON, PC; AIMEE T. H. KESSLER; ANDREW P. HILL; WILLIAM BRADLEY MASON, JR.; ELIZABETH M. CREGO; MARY ELLEN DEATLEY,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, Senior District Judge. (1:13-cv-00418-TSE-IDD)

_____

Submitted: November 19, 2013    Decided: November 21, 2013

_____

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

M. Nawaz Raja; Neelum Nawaz Raja, Appellants Pro Se. John Elphinstone McIntosh, Jr., HUDGINS LAW FIRM, Alexandria, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

M. Nawaz Raja and Neelum Nawaz Raja appeal the district court's order dismissing their civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Raja v. Segan, Mason & Mason, P.C.</u>, No. 1:13-cv-00418-TSE-IDD (E.D. Va. filed June 17, 2013, and entered June 18, 2013) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>